1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PREETI K. BAJWA, State Bar No. 232484
   Supervising Deputy Attorney General
3  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7319
6   Fax: (916) 324-5205
    E-mail: Janet.Chen@doj.ca.gov
7  *Attorneys for Defendants*
   *Sevy, Villegas, Byers, Wheat, Staub, Zaun,*
8  *Mendoza, Rickett, Lee, Hicks, and Ramos*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,**<br><br>Plaintiffs,<br><br>v.<br><br>**OFFICER M. WHEAT, et al.,**<br><br>Defendants. | 2:21-cv-01859 MCE-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:   Honorable Carolyn K. Delaney<br>Trial Date:   None set<br>Action Filed:   October 7, 2021 |

The parties hereby stipulate to extend the deadline for Defendants Sevy, Villegas, Byers, Wheat, Staub, Zaun, Mendoza, Rickett, Lee, Hicks, and Ramos ("Defendants") to file a responsive pleading to Plaintiffs' Complaint in this case.

Local Rule 6-2 permits the parties to stipulate, in writing, to extend the time within which to answer or otherwise to respond to the complaint. *See* L.R. 6-2. The parties have stipulated to extend the deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint until

1

February 24, 2022.  This stipulated request is supported by the accompanying declaration of Defendants' counsel.

**IT IS SO STIPULATED.**

Dated:  February 3, 2022

*/s/ Janet N. Chen*
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants Sevy, Villegas, Byers, Wheat, Staub, Zaun, Mendoza, Rickett, Lee, Hicks, and Ramos*

Dated:  February 3, 2022

*/s/ Eugene Chittock* (as authorized on 2/3/22)
Eugene Chittock
Law Offices of Eugene Chittock
*Attorney for Plaintiffs*

**ORDER**

In accordance with the foregoing stipulation of counsel, and good cause appearing, the time for Defendants to file a responsive pleading to Plaintiffs' Complaint is hereby extended to and including February 24, 2022.

IT IS SO ORDERED.

Dated:  February 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE