ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
NATHAN M. GUERRERO, State Bar No. 345771
Deputy Attorney General
PETER D. LEWICKI, State Bar No. 321589
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7357
  Fax: (916) 324-5205
  E-mail: Peter.Lewicki@doj.ca.gov
*Attorneys for Defendants*
*M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,*
*D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,*
*and W. Hicks*

Eugene B. Chittock, State Bar No. 214532
Law Office of Eugene B. Chittock
100 South Lassen Street
Susanville, CA 96130
Telephone: (530) 257-9351
Email: echittock@chittocklaw.com
*Attorney for Plaintiffs*
*Wesley Smith and Stephanie Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,**<br><br>                              Plaintiff,<br><br>               v.<br><br>**OFFICER M. WHEAT, et al.,**<br><br>                              Defendants. | 2:21-cv-01859 MCE CKD<br><br>**STIPULATIONS OF THE PARTIES REGARDING MODIFICATION OF THE SCHEDULING ORDER AND DEPOSITIONS BY REMOTE MEANS; ORDER**<br><br>Judge:     The Honorable Carolyn K. Delaney<br>Trial Date:  Not Set<br>Action Filed:  October 7, 2021 |

1

Stips. of the Parties re: Modification of Scheduling Order & Deps. Remote Means; Order (2:21-cv-01859 MCE CKD)

Plaintiffs Wesley Smith and Stephanie Smith, and Defendants M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks (collectively, the Parties) through their respective counsel, stipulate as follows:

1. The Parties have diligently and cooperatively conducted written discovery. At this time, Defendants anticipate the need to supplement their written responses to Plaintiffs' Request for Production of Documents, Set One.

2. The Parties also believe additional time is required to complete fact discovery due to the objections posed by the California Office of the Inspector General, in response to a subpoena duces tecum issued by Plaintiffs seeking documents that are not in the possession, custody, or control of Defendants or the California Department of Corrections and Rehabilitation. The Parties understand that these records may be material to the claims and defenses in this action, and may require the Court's review and determination as to whether the materials sought are discoverable.

3. The Parties are also diligently preparing to conduct depositions of each named party, most of which will be conducted in person in Susanville, California. The parties anticipate the depositions of several Defendants will proceed on September 28, 2023. Defendants are diligently working to secure future dates available for remaining depositions.

4. Defendants recently learned that Defendant F. Ramos now works at and resides near Avenal State Prison, in southern California. The deposition of F. Ramos will likely need to be conducted via videoconference and by remote means. The depositions of Plaintiffs Wesley Smith and Stephanie Smith will also likely need to be conducted remotely and by videoconference due to their places of residence, and to minimize the burdens and expense of travel.

5. The Parties jointly request leave of the Court to conduct depositions by remote means, specifically videoconferencing. *See* Fed. R. Civ. P. 30(b)(4).

6. The Parties further jointly request leave of the Court to relieve the court reporter of the requirement to conduct the deposition where the deponent is located. *See* Fed. R. Civ. P. 28.

7. The Parties are committed to assuring that any deposition held by remote means is conducted in an orderly fashion, and that each participant (including the court reporter) uses the

2

Stips. of the Parties re: Modification of Scheduling Order & Deps. Remote Means; Order  (2:21-cv-01859 MCE CKD)

same videoconference connection as every other participant, and that all participants can clearly hear, and be heard by, all other participants.

    8.    Based on the foregoing, because no trial date has been ordered and no party will be prejudiced, and because the relief requested is in the interests of justice and judicial economy, the Parties hereby stipulate to, and respectfully request, modification of the Scheduling Order (ECF No. 18) to extend deadlines set forth therein as follows:

| | |
|---|---|
| - Fact Discovery Cutoff: | February 8, 2024 |
| - Expert Reports: | March 7, 2024 |
| - Rebuttal Expert Reports: | April 10, 2024 |
| - Expert Discovery Cutoff: | June 7, 2024 |
| - Dispositive and *Daubert* Motions: | July 10, 2024 |
| - Oppositions to Dispositive and *Daubert* Motions: | August 12, 2024 |
| - Replies to Dispositive and *Daubert* Motions: | September 12, 2024 |
| - Hearing on Dispositive and *Daubert* Motions: | *to be determined by the Court* |
| - Final Pretrial Conference: | *to be determined by the Court* |
| - Trial: | *to be determined by the Court* |

    9.    These requests and stipulations are made in accordance with Federal Rules of Civil Procedure 16(b)(4), 30(b)(4), 34(b)(2)(A), and Local Rule 143.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

3

Stips. of the Parties re: Modification of Scheduling Order & Deps. Remote Means; Order  (2:21-cv-01859 MCE CKD)

| | | |
|---|---|---|
| 1 | Dated: August 23, 2023 | Respectfully submitted, |

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
NATHAN M. GUERRERO
Deputy Attorney General

PETER D. LEWICKI
Deputy Attorney General
*Attorneys for Defendants*
*M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks*

Dated: August ____, 2023                Respectfully submitted,

EUGENE B. CHITTOCK
*Attorney for Plaintiffs*
*Wesley Smith and Stephanie Smith*

**IT IS SO ORDERED.**

**Dated: August 29, 2023**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

4

Stips. of the Parties re: Modification of Scheduling Order & Deps. Remote Means; Order  (2:21-cv-01859 MCE CKD)