Rob Bonta, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
Nathan M. Guerrero, State Bar No. 345771
Deputy Attorney General
Peter D. Lewicki, State Bar No. 321589
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7357
  Fax:  (916) 324-5205
  E-mail:  Peter.Lewicki@doj.ca.gov
*Attorneys for Defendants*
*M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,*
*D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,*
*and W. Hicks*

Eugene B. Chittock, State Bar No. 214532
Law Office of Eugene B. Chittock
100 South Lassen Street
Susanville, CA  96130
Telephone:  (530) 257-9351
Email:  echittock@chittocklaw.com
*Attorney for Plaintiffs*
*Wesley Smith and Stephanie Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,**<br><br>Plaintiff,<br><br>**v.**<br><br>**OFFICER M. WHEAT, et al.,**<br><br>Defendants. | 2:21-cv-01859 MCE CKD<br><br>**SECOND STIPULATION OF THE PARTIES REGARDING MODIFICATION OF THE SCHEDULING ORDER; ORDER**<br><br>Judge:        The Honorable Morrison C. England, Jr.<br>Trial Date:   Not Set<br>Action Filed:  October 7, 2021 |

`

1

Plaintiffs Wesley Smith and Stephanie Smith, and Defendants M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks (collectively, the Parties) through their respective counsel, stipulate as follows:

1.      The Parties have diligently and cooperatively conducted written discovery, and continue to supplement responses as necessary.  The Parties have identified several categories of documents that may require supplemental responses, including training materials, post orders, and other prison records.

2.      The Parties have also diligently and cooperatively prepared to take depositions in this case.  Because there are 11 named Defendants in this action, the Parties met and conferred regarding Plaintiffs' request for leave to notice and conduct more than the 10 permitted by Federal Rule of Civil Procedure 30(a)(2)(A)(i).  At this time, the parties stipulate that Plaintiffs should be granted leave to depose each of the 11 named Defendants.  Should the need arise to notice and conduct additional depositions, the parties will further meet and confer and advise the Court of any stipulated request to for leave to conduct additional depositions.

3.      Depositions of 10 of the 11 Defendants were properly noticed for the week of November 13, 2023, to occur in-person in Susanville, California.  Due to circumstances beyond the Parties' control, the certified court reporter notified counsel for Plaintiffs of a health issue requiring postponement of these depositions.  The parties are diligently discussing rescheduling and noticing of depositions, and require additional time to do so.

4.      The Parties have also discussed scheduling and conditions of a noticed site inspection, pursuant to Federal Rule of Civil Procedure 34(a)(2).  Due to the complexities of scheduling and conducting a site inspection in a state correctional facility, the Parties are cooperatively and diligently meeting and conferring over scheduling and conditions, and require additional time to confirm these arrangements and conduct a safe, thorough, and orderly site inspection.

5.      The Parties anticipate challenges in completing fact discovery, including noticing and conducting depositions and a site inspection, by the current deadline of February 8, 2024.  Such challenges include travel for Defendants' counsel and a certified court reporter to Susanville,

2

California during winter weather months, and availability of the Parties and other participants due to the holidays.

6. The Parties are committed to assuring that fact discovery, expert discovery, and other pretrial matters proceed in an orderly and timely fashion.

7. Based on the foregoing, because no trial date has been ordered and no party will be prejudiced, and because the relief requested is in the interests of justice and judicial economy, the Parties hereby stipulate to, and respectfully request, modification of the Scheduling Order (ECF No. 18, as modified by ECF No. 23) to extend deadlines set forth therein as follows:

- Fact Discovery Cutoff:                                  September 13, 2024
- Expert Reports:                                         October 11, 2024
- Rebuttal Expert Reports:                                November 15, 2024
- Expert Discovery Cutoff:                                January 17, 2025
- Dispositive and *Daubert* Motions:                     February 21, 2025
- Oppositions to Dispositive and *Daubert* Motions:      March 28, 2025
- Replies to Dispositive and *Daubert* Motions:          April 30, 2025
- Hearing on Dispositive and *Daubert* Motions:          *to be determined by the Court*
- Final Pretrial Conference:                             *to be determined by the Court*
- Trial:                                                 *to be determined by the Court*

8. These requests and stipulations are made in accordance with Federal Rules of Civil Procedure 16(b)(4), 30(b)(4), 34(b)(2)(A), and Local Rule 143.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

3

1

2
Dated:  December 7, 2023

3
Respectfully submitted,

ROB BONTA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General
NATHAN M. GUERRERO
Deputy Attorney General

4

5

6

7

8
PETER D. LEWICKI
Deputy Attorney General
*Attorneys for Defendants*
*M. Sevy, F. Ramos, V. Villegas, J. Byers, M.*
*Wheat, D. Staub, D. Zaun, A. Mendoza, B.*
*Rickett, C. Lee, and W. Hicks*

9

10

11

12
Dated:  December 4, 2023

Respectfully submitted,

13

14
*/ s /  **Eugene B. Chittock** [1]*
*(**as authorized on 12/04/2023**)*
EUGENE B. CHITTOCK
*Attorney for Plaintiffs*
*Wesley Smith and Stephanie Smith*

15

16

17

18
**IT IS SO ORDERED.**

19
Dated:  December 13, 2023

20

21
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28
[1] Per email agreement to Defendants' counsel on December 4, 2023.

4