Eugene B. Chittock, SBN 214532
Law Offices of Eugene B. Chittock
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

*Attorneys for Plaintiffs Wesley Smith, Stephanie Smith*

ROB BONTA, State Bar No. 202668
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
NATHAN M. GUERRERO, State Bar No. 345771
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants
M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,
D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,
and W. Hicks*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICER M. WHEAT, et al.,<br><br>*Defendants*. | Case No.: 2:21-cv-01859-MCE-CKD<br><br>***AMENDED* STIPULATION OF THE PARTIES REGARDING ADMISSIBILITY OF DOCUMENTS AND TANGIBLE THINGS PRODUCED DURING DISCOVERY**<br><br>Judge: The Honorable Morrison C. England, Jr.<br>Trial Date: Not Set<br>Action Filed: October 7, 2021 |

**STIPULATION OF THE PARTIES REGARDING ADMISSIBILITY OF DOCUMENTS AND TANGIBLE THINGS**

Plaintiffs Wesley Smith and Stephanie Smith, and Defendants M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. lee, and W. Hicks (collectively, the Parties) through their respective counsel, stipulate as follows:

1. The parties have cooperatively conducted written discovery, and during that process have in good faith produced various documents and tangible things (including, but not limited to, photographs and video surveillance footage) to the other party.

2. Plaintiffs similarly intend to conduct a site inspection of the California Department of Corrections and Rehabilitation (CDCR) facility where the incident occurred (High Desert State Prison) and have agreed that CDCR staff will take photographs of the relevant locations within the facility for the parties' mutual use.

3. The parties stipulate that the documents and tangible things produced by both parties during discovery, and the pictures to be taken at the site inspection, are authentic under Federal Rules of Evidence (FRE) 901-902.

4. The parties further stipulate that the documents, pictures and tangible things produced satisfy all of the requirements of admissibility under the FRE, including, but not limited to, the exceptions to the hearsay rule as described in FRE 803.

5. This stipulation includes documents and tangible things produced in connection with the parties' Initial Disclosures and extends to documents and tangible things produced after the execution of this stipulation, unless otherwise objected to by any party within 30 days of such future production(s).

6. In order to avoid the necessity of propounding and responding to requests for admissions (to obtain a consensus as to the admissibility of documents needed to establish claims and/or defenses), the parties stipulate that as to any documents, pictures/video, or other

**STIPULATION OF THE PARTIES REGARDING ADMISSIBILITY OF DOCUMENTS AND TANGIBLE THINGS**

tangible things described in this stipulation, all such materials will be authentic and admissible for use by any party in any dispositive motions or at trial.

**IT IS SO STIPULATED.**

Dated: February ___, 2024              Respectfully submitted,

                                       LAW OFFICES OF EUGENE B. CHITTOCK



                                       _____
                                       Eugene B. Chittock
                                       *Attorney for Plaintiffs*
                                       *Wesley Smith and*
                                       *Stephanie Smith*

Dated: February ___, 2024              Respectfully submitted,
                                       ROB BONTA
                                       Attorney General of California
                                       R. LAWRENCE BRAGG
                                       Supervising Deputy Attorney General
                                       NATHAN M. GUERRERO
                                       Deputy Attorney General


                                       _____
                                       DAVID E. KUCHINSKY
                                       Deputy Attorney General
                                       *Attorneys for Defendants*
                                       *M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,*
                                       *D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,*
                                       *and W. Hicks*

**IT IS SO ORDERED.**

Dated: February 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION OF THE PARTIES REGARDING ADMISSIBILITY OF DOCUMENTS AND TANGIBLE THINGS**