ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
NATHAN M. GUERRERO, State Bar No. 345771
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7666
  Fax: (916) 324-5205
  E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants*
M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,
D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,
and W. Hicks

Eugene B. Chittock, State Bar No. 214532
Law Office of Eugene B. Chittock
100 South Lassen Street
Susanville, CA 96130
Telephone: (530) 257-9351
Email: echittock@chittocklaw.com
*Attorney for Plaintiffs*
*Wesley Smith and Stephanie Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,**<br><br>                                    Plaintiff,<br><br>**v.**<br><br>**OFFICER M. WHEAT, et al.,**<br><br>                                    Defendants. | 2:21-cv-01859 MCE CKD<br><br>**THIRD STIPULATION OF THE PARTIES REGARDING MODIFICATION OF THE SCHEDULING ORDER; ORDER**<br><br>Judge:         Hon. Morrison C. England, Jr.<br>Trial Date:   Not Set<br>Action Filed: October 7, 2021 |

1

1    Plaintiffs Wesley Smith and Stephanie Smith, and Defendants M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks (collectively, the Parties) through their respective counsel, stipulate as follows:

1. The Parties have diligently and cooperatively conducted discovery, including the exchange of written discovery, conducting a noticed site inspection, and taking the depositions of nearly all named parties. The parties anticipate concluding those depositions before the currently set September 13, 2024, fact discovery cut off. (ECF No. 25.)

2. The parties need to depose inmate McAllister, one of the two inmates who stabbed the decedent. McAllister is a material and necessary witness, as he was involved in the killing of the decedent and has unique personal knowledge and perspective of the events leading up to and including the homicide. McAllister's testimony is material to the deliberate indifferent and due process claims and cannot be obtained from another source as the other inmate involved in the attack, inmate Coleman, is now deceased.

3. On July 18, 2024, McAllister was convicted of murdering the decedent after a jury trial in Lassen County Superior Court Case No. 2020-CR0023180. Sentencing is currently set for August 22, 2024.

4. Counsel for Defendants spoke to Assistant District Attorney Jordan Funk on August 14, 2024, to discuss the status of the criminal case and the upcoming sentencing hearing. Funk confirmed that sentencing was scheduled for August 22, 2024, but indicated there may be a continuance in the sentencing hearing to allow for the presentation of mitigating evidence, or to attempt a global sentencing with another one of McAllister's criminal cases.

5. The Parties are committed to assuring that fact discovery, expert discovery, and other pretrial matters proceed in an orderly and timely fashion. McAllister is a necessary and material witness in this case. In light of the pending criminal charges, counsel has not yet deposed McAllister, but has a good faith basis to do so after sentencing, as there will be no substantial or real likelihood that McAllister would suffer any adverse consequences by reason of his testimony at a deposition.

6. In light of the sentencing date of August 22, 2024, and the possibility that the sentencing may be continued, the parties request a 90-day extension of the fact discovery cut off to allow time to notice and conduct the deposition once the sentencing has been completed, without having to seek a further modification of the discovery and scheduling order on the same basis.

7. Based on the foregoing, because no trial date has been ordered and no party will be prejudiced, and because the relief requested is in the interests of justice and judicial economy, the Parties hereby stipulate to, and respectfully request, modification of the Scheduling Order (ECF No. 18, as modified by ECF Nos. 23 and 25) to extend deadlines set forth therein as follows:

| | |
|---|---|
| - Fact Discovery Cutoff: | December 12, 2024 |
| - Expert Reports: | January 9, 2025 |
| - Rebuttal Expert Reports: | February 13, 2025 |
| - Expert Discovery Cutoff: | April 17, 2025 |
| - Dispositive and *Daubert* Motions: | May 22, 2025 |
| - Oppositions to Dispositive and *Daubert* Motions: | June 26, 2025 |
| - Replies to Dispositive and *Daubert* Motions: | July 29, 2025 |
| - Hearing on Dispositive and *Daubert* Motions: | *to be determined by the Court* |
| - Final Pretrial Conference: | *to be determined by the Court* |
| - Trial: | *to be determined by the Court* |

8. These requests and stipulations are made in accordance with Federal Rules of Civil Procedure 16(b)(4), 30(b)(4), 34(b)(2)(A), and Local Rule 143.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

Dated:  August 14, 2024                          Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
NATHAN M. GUERRERO
Deputy Attorney General


*/s/ David E. Kuchinsky*
DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendants
M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks*

Dated:  August 14, 2024                          Respectfully submitted,

*Eugene B. Chittock (as authorized on 8.16.24)*
EUGENE B. CHITTOCK
*Attorney for Plaintiffs
Wesley Smith and Stephanie Smith*

**IT IS SO ORDERED.**

Dated:  August 19, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE