Eugene B. Chittock, SBN 214532
Law Offices of Eugene B. Chittock
2930 Riverside Drive
Susanville, CA 96130
Telephone: (530) 257-9351
echittock@chittocklaw.com

*Attorneys for Plaintiffs Wesley Smith, Stephanie Smith*

ROB BONTA, State Bar No. 202668
Attorney General of California
JON ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
NATHAN M. GUERRERO, State Bar No. 345771
Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7666
Fax: (916) 324-5205
E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendants*
*M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat,*
*D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee,*
*and W. Hicks*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SMITH, individually; STEPHANIE SMITH, individually; and WESLEY SMITH and STEPHANIE SMITH as successors-in-interest to JEFFREY SMITH,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>OFFICER M. WHEAT, et al.,<br><br>    *Defendants*. | Case No.:  2:21-cv-01859-DC-CKD<br><br>**STIPULATION OF THE PARTIES REGARDING EXPERT REBUTTAL REPORTS**<br><br>Judge: The Honorable Dena M. Coggins<br>Trial Date: Not Set<br>Action Filed: October 7, 2021 |

**STIPULATION OF THE PARTIES REGARDING EXPERT REBUTTAL REPORTS**

Plaintiffs Wesley Smith and Stephanie Smith, and Defendants M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks (collectively, the Parties) through their respective counsel, stipulate as follows:

1. Pursuant to the Minute Order issued on December 5, 2024, the Parties exchanged expert witness disclosures on April 9, 2025. Plaintiffs' retained Use of Force expert is Retired CDCR Chief Deputy for the Office of Internal Affairs Paul A. Edwards and Defendants' retained Use of Force expert is Retired CDCR Correctional Lieutenant John A. Diaz (collectively, the "Use of Force Experts"). Defendants also disclosed Arnold Josselson, M.D., as a Forensic Pathology expert.

2. This stipulation applies only to the Use of Force Experts.

3. Rebuttal expert disclosures are due May 13, 2025.

4. The Parties stipulate that it is unnecessary for the Use of Force Experts to exchange written rebuttal expert disclosures under Federal Rule of Civil Procedure 26(a)(2)(D)(ii). The Parties agree that the Use of Force Experts' evaluations of each other's opinions may be addressed in depositions rather than by written rebuttal reports.

5. The Parties further stipulate that the Use of Force Experts' opinions are limited to those outlined in their initial reports and opinions disclosed in deposition testimony intended solely to contradict or rebut the other's initial opinion(s).

**IT IS SO STIPULATED.**

Dated: April 29, 2025					Respectfully submitted,

							LAW OFFICES OF EUGENE B. CHITTOCK


							/s/ Eugene B. Chittock
							Eugene B. Chittock
							*Attorney for Plaintiffs*
							*Wesley Smith and*
							*Stephanie Smith*

Dated: April 29, 2025					Respectfully submitted,
							ROB BONTA
							Attorney General of California
							JON S. ALLIN
							Supervising Deputy Attorney General
							NATHAN M. GUERRERO
							Deputy Attorney General


							/s/ David E. Kuchinsky
							DAVID E. KUCHINSKY
							Deputy Attorney General
							*Attorneys for Defendants*
							*M. Sevy, F. Ramos, V. Villegas, J. Byers, M. Wheat, D. Staub, D. Zaun, A. Mendoza, B. Rickett, C. Lee, and W. Hicks*

**IT IS SO ORDERED.**

Dated: May 29, 2025

							_____
							CAROLYN K. DELANEY
							UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF THE PARTIES REGARDING EXPERT REBUTTAL REPORTS**