| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY SMITH, et al., | No. 2:21-cv-01859-DC-CKD |
| Plaintiffs, | |
| v. | ORDER GRANTING THE PARTIES' RENEWED STIPULATED REQUEST TO FILE DOCUMENTS UNDER SEAL |
| OFFICER M. WHEAT, et al., | |
| Defendants. | (Doc. No. 61) |

On October 3, 2025, Plaintiffs and Defendants filed a stipulated request to file under seal certain exhibits attached to the declarations of Eugene Chittock (Doc No. 48-3) and Paul Edwards (Doc. No. 48-5) filed in support of Plaintiffs' opposition to Defendants' motion for summary judgment. (Doc. No. 50.) On November 10, 2025, the court granted the parties' stipulated request in part and denied it in part. (Doc. No. 55.) Specifically, the court granted the parties' stipulated request except as to exhibits G and H to the declaration of Eugene Chittock and exhibits B and C to the declaration of Paul Edwards. (*Id.* at 4–5.) As to exhibit G to the Chittock declaration (extensive portions of deposition transcripts) and exhibits B and C to the Edwards declaration (copies of Edwards' expert reports), the court found that the parties "ha[d] not narrowly tailored their request as required." (*Id.* at 4.) As to exhibit H to the Chittock declaration (notice of adverse action), the court found that the parties "did not address any basis for filing under seal the notice of adverse action." (*Id.*) The court directed the parties to either file a renewed request as to those

1

1 documents or file them on the public docket within fourteen days of entry of that order. (*Id.* at 5.)

2 On December 15, 2025, the parties filed the pending renewed stipulated request to file documents under seal.[1] (Doc. No. 61.) For the reasons explained below, the court will grant the parties' renewed stipulated request to file documents under seal.

The court recognizes that all documents filed with the court are presumptively public. *San Jose Mercury News, Inc. v. U.S. Dist. Court*, 187 F.3d 1096, 1103 (9th Cir. 1999) ("It is well-established that the fruits of pretrial discovery are, in the absence of a court order to the contrary, presumptively public."). However, courts may permit a party to file under seal documents, such as briefing in support of (or in opposition to) motions for summary judgment and exhibits thereto, where that party shows "compelling reasons" to support maintaining secrecy of those documents. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016) (applying "compelling reasons" standard to motions that are "more than tangentially related to the merits"). "In general, 'compelling reasons' sufficient to . . . justify sealing court records exist when such 'court files might . . . become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.* "[A]n order sealing the documents must be narrowly drawn to seal only those portions of the record that, upon a balancing of the relevant interests, ought to be sealed." *Acad. of Motion Picture Arts & Scis. v. GoDaddy.com, Inc.*, No. 10-cv-03738-AB-CW, 2015 WL 12698301, at *1 (C.D. Cal. Jan. 22, 2015) (collecting cases).

In the renewed stipulated request, the parties seek to redact portions of exhibits B and C to the Edwards declaration that contain excerpts of California Department of Corrections and Rehabilitation training plans and post orders, and excerpts of the confidential incident report

---

[1] The parties requested, and the court granted, an extension of time to file the renewed request. (Doc. Nos. 56, 58.) Thus, the renewed request was timely filed.

1  relating to the incident at issue in this dispute. (Doc. No. 61 at 2.) Additionally, as to exhibit G to
2  the Chittock declaration, the parties seek to redact only limited portions of the deposition of Justin
3  Byers in which he reads aloud excerpts of California Department of Correction and Rehabilitation
4  training plans. (*Id.* at 3.) The parties have otherwise agreed to withdraw their request to file under
5  seal the remaining portions of those exhibits, as well as exhibit H to the Chittock declaration.
6  Plaintiff has filed the documents which they no longer seek to file under seal on the public
7  docket. (Doc. Nos. 59–60.)

8        The court finds compelling reasons exist to justify filing under seal the portions of the
9  expert reports and deposition transcripts that quote from the California Department of Corrections
10 and Rehabilitation trainings and incident response plans. *See Castellar v. Mayorkas*, No. 17-cv-
11 00491-BAS-AHG, 2021 WL 3678440, at *2 (S.D. Cal. Aug. 19, 2021) (granting request to file
12 Customs and Border Patrol training guide and migrant protection protocols under seal);
13 *Fernandez v. Duarte*, No. 3:22-cv-00446-BAS-VET, 2025 WL 77056, at *2 (S.D. Cal. Jan. 10,
14 2025) (granting request to file sections of opposition brief under seal because the "information, if
15 revealed publicly, would create a significant security threat to inmates, staff, the correctional
16 facility, and the public at large."). Further, the parties' proposed redactions are narrowly tailored
17 to encompass only that confidential material.

18       Accordingly,
19     1.    The parties' renewed stipulated request to file under seal (Doc. No. 61) is
20         GRANTED; and
21     2.    Within three (3) days from the date of entry of this order, Plaintiffs shall email
22         PDF copies of the unredacted versions of the subject documents to
23         ApprovedSealed@caed.uscourts.gov for filing under seal on the docket.

24
25     IT IS SO ORDERED.

26 Dated:   **December 28, 2025**                              _____
27                                                    Dena Coggins
28                                                    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28